**T. A. PITTMAN and A. E. Pittman, d/b/a Pittman Construction Co. and Continental Casualty Co. and Housing Authority of New Orleans.**

**No. 50389.**

March 12, 1970.

In re: R. L. Reed applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 229 So.2d 455.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

232 So.2d 77

**PONTCHARTRAIN MOTOR COMPANY, Inc.**

**v.**

**Ripoll ROBERT et al.**

**No. 50384.**

March 12, 1970.

In re: Pontchartrain Motor Company, Inc., applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 229 So.2d 458.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted.